| | |
|---|---|
| 1 | Roberto Robledo (SBN 260041) |
| 2 | LAW OFFICES OF ROBERTO ROBLEDO |
|   | 9845 Erma Road, Suite 300 |
| 3 | San Diego, California 92131 |
|   | (619) 500-6683 |
| 4 | (619) 810-2980 fax |
|   | *roberto@robertorobledo.com* |
| 5 | Attorneys for Plaintiff Shahnaz Zarif |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shahnaz Zarif**, an individual, | Case No. 17-cv-00947-LAB-WVG |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| **Enhanced Recovery Company, LLC,** a limited liability company, | Hon. Larry Alan Burns |
| Defendant. | |

///
///
///

Plaintiff Shahnaz Zarif ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant Enhanced Recovery Company, LLC. ("ERC") by and through their counsel have reached an agreement in principle to settle all claims pending in the present litigation.

Plaintiff and ERC are in the process of documenting a formal settlement agreement. The parties anticipate filing a joint motion to dismiss this action in its entirety with prejudice within the next 45 days.

Respectfully submitted,

Dated:   June 19, 2017.           Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff


Dated:   June 19, 2017.           Law Offices of Michael D. Schulman

*/s/ Michael D. Schulman*
Attorneys for Defendant

## Signature Certification

Pursuant to § 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael D. Schulman, counsel for Defendant Enhanced Recovery Company, LLC, and have obtained his authorization to affix his electronic signature to this document.

Dated:   June 19, 2017.            **Law Offices of Roberto Robledo**

*/s/ Roberto Robledo*
Attorneys for Plaintiff

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 9845 Erma Road, Suite 300, San Diego, California 92131. On the same day as this Certificate was executed, I served copies of the attached documents:

**Notice of Settlement**

via U.S. Mail and email on:

> Michael D. Schulman, mike@schulmanlawoffices.com
> Law Offices of Michael D. Schulman
> 18757 Burbank Boulevard, Suite 310
> Tarzana, CA  91356-3375

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 19th day of June, 2017, at San Diego, California.

*/s/ Roberto Robledo*
Roberto Robledo
Law Offices of Roberto Robledo
9845 Erma Road, Suite 300
San Diego, CA 92131
(619) 500-6683

Attorneys for Plaintiffs

Notice of Settlement—4