# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHNAZ ZARIF,<br><br>                    Plaintiff,<br>   vs.<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>                    Defendant. | CASE NO. 17cv947-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion to dismiss the case with prejudice is **GRANTED**.

**IT IS SO ORDERED**.

DATED: June 30, 2017

_/s/ Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge